SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
Lindsay S. Fitch (SBN 238227)
lfitch@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:   (916) 448-0159
Facsimile:    (916) 558-4839

Attorneys for Defendant
WINCO FOODS FOUNDATION, INC.
dba WINCO FOODS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIBOU PHOMTHEVY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WINCO FOODS FOUNDATION, INC. dba WINCO FOODS, a corporation and DOES 1-100,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-00041-KJM-CKD<br><br>**STIPULATION TO CORRECT CAPTION; IDENTIFY THE CORRECT DEFENDANT AND ORDER THEREON** |

　　　The following stipulation is entered by and between Plaintiff Sibou Phomthevy ("Plaintiff") and Defendant WinCo Holdings, Inc., erroneously named on the caption as WinCo Foods Foundation, Inc.

　　　WHEREAS, on October 15, 2018, Plaintiff initiated this action against his former employer and named WinCo Foods Foundation, Inc. as the sole defendant.

　　　WHEREAS, WinCo Foods Foundation, Inc. is a charitable organization with no employees and WinCo Holdings, Inc. operates as a grocery retailer, which employed Plaintiff.

　　　WHEREAS, on January 8, 9, and 11, 2019, counsel for both parties met and conferred in anticipation that Defendant would file a motion to dismiss on grounds including (but not limited to) the fact that Plaintiff named the wrong defendant in this action.

/ / /

| | |
|---|---|
| 1 | WHEREAS, counsel for both parties agreed that WinCo Foods Foundation, Inc. is not the proper defendant in this action and should be replaced by WinCo Holdings, Inc. |
| 3 | WHEREAS, on January 11 and 14, 2019, Plaintiff filed copies of his First Amended Complaint identifying WinCo Holdings, Inc. as his employer and the correct defendant in this action. |
| 5 | WHEREAS, the parties enter this stipulation to correct the pleadings and caption to identify to correct defendant as WinCo Holdings, Inc. |
| 7 | IT IS HEREBY STIPULATED by and between the parties that the correct defendant in this action is WinCo Holdings, Inc. |
| 9 | THEREFORE, the parties respectfully request that the caption and the clerk's docket be corrected to reflect that WinCo Holdings, Inc. is the correct and sole defendant in this action. |

**IT IS SO STIPULATED.**

DATED: January 23, 2019     Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Christopher J. Truxler*
  Kristina M. Launey
  Lindsay S. Fitch
  Christopher J. Truxler

Attorneys for Defendant
WINCO HOLDINGS, INC.
dba WINCO FOODS

DATED: January 23, 2019     ABRAMSON LABOR GROUP

By: */s/ Christina Begakis* (As Authorized on 1/23/19)
  W. Zev Abramson
  Christina Begakis

Attorneys for Plaintiff
SIBOU PHOMTHEVY

**ORDER**

The Parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the caption and the clerk's docket be corrected to reflect that WINCO HOLDINGS, INC. is the correct and sole defendant in this action. The Court directs the Clerk of Court to correct the docket to reflect Defendant's true identity.

**IT IS SO ORDERED.**

DATED: January 29, 2019.

_____
UNITED STATES DISTRICT JUDGE