1  SEYFARTH SHAW LLP
   Kristina M. Launey (SBN 221335)
2  klauney@seyfarth.com
   Lindsay S. Fitch (SBN 238227)
3  lfitch@ seyfarth.com
   Christopher J. Truxler (SBN 282354)
4  ctruxler@seyfarth.com
   400 Capitol Mall, Suite 2350
5  Sacramento, California 95814-4428
   Telephone:     (916) 448-0159
6  Facsimile:     (916) 558-4839

7  Attorneys for Defendants
   WINCO HOLDINGS, INC.
8  dba WINCO FOODS

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12  SIBOU PHOMTHEVY, an individual,          Case No.: 2:19-cv-00041-KJM-CKD

13            Plaintiff,                     **STIPULATION AND ORDER TO STAY
                                             SETTLEMENT CONFERENCE
14       v.                                  PENDING A RULING ON
                                             DEFENDANT'S MOTION TO DISMISS**
15  WINCO HOLDINGS, INC. d/b/a
    WINCO FOODS, a corporation and            Complaint Filed: October 15, 2018
16  DOES 1–100.

17            Defendants.

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER TO STAY SETTLEMENT CONFERENCE PENDING A RULING ON
DEFENDANT'S MOTION TO DISMISS

Plaintiff SIBOU PHOMTHEVY ("Plaintiff") and Defendant WINCO HOLDINGS, INC. ("Defendant") (collectively, the "Parties"), pursuant to Eastern District Local Rules 143 and 144, stipulate and agree that good cause exists to stay the Court's settlement conference pending a ruling on Defendant's Motion to Dismiss:

WHEREAS, Defendant filed a Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(6) on August 7, 2019, which would dispose of the entire action;

WHEREAS, the Parties have engaged in extensive meet and confer efforts and motion practice since Defendant removed the action to this Court;

WHEREAS, the Court's ruling on Defendant's Motion to Dismiss will impact the claims at issue in the litigation and will impact the scope of discovery and scheduling of discovery and motions;

WHEREAS, absent a ruling on the Motion to Dismiss, the parties will be unable to participate in a productive settlement conference;

WHEREAS, the Parties believe that a stay pending a ruling on Defendant's Motion to Dismiss will secure the just, speedy, and inexpensive determination of this action by allowing the Court to resolve fundamental legal questions before the Parties undertake the time and expense of engaging in a settlement conference;

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

///
///
///
///
///
///
///
///
///
///

DATED: January 15, 2020

Respectfully submitted,

SEYFARTH SHAW LLP

By:   /s/ Christopher J. Truxler
　　　Kristina M. Launey
　　　Lindsay S. Fitch
　　　Christopher J. Truxler

*Attorneys for Defendant*
WINCO HOLDINGS INC.

DATED: January 15, 2020

Respectfully submitted,

ABRAMSON LABOR GROUP

By:   /s/ *Christina Begakis*
　　　Christina Begakis

*Attorney for Plaintiff*
SIBOU PHOMTHEVY

Plaintiff has agreed with the contents of this document and authorized the filer to use his electronic signature.

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED

that the settlement conference set for January 21, 2020 is VACATED pending a ruling on Defendant's

Motion to Dismiss.  The Court will reschedule a settlement conference after the Motion to Dismiss is

ruled upon and the parties have had an opportunity to conduct discovery.


Dated:  January 15, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE