SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
Lindsay S. Fitch (SBN 238227)
lfitch@ seyfarth.com
Christopher J. Truxler (SBN 282354)
ctruxler@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:     (916) 448-0159
Facsimile:     (916) 558-4839

Attorneys for Defendants
WINCO HOLDINGS, INC.
dba WINCO FOODS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIBOU PHOMTHEVY, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>WINCO HOLDINGS, INC. d/b/a<br>WINCO FOODS, a corporation and<br>DOES 1–100.<br><br>                    Defendants. | Case No.: 2:19-cv-00041-KJM-CKD<br><br>**STIPULATION AND ORDER TO STAY<br>DISCOVERY PENDING A RULING ON<br>DEFENDANT'S MOTION TO DISMISS**<br><br> Complaint Filed: October 15, 2018 |

Plaintiff SIBOU PHOMTHEVY ("Plaintiff") and Defendant WINCO HOLDINGS, INC. ("Defendant") (collectively, the "Parties"), pursuant to Eastern District Local Rules 143 and 144, stipulate and agree that good cause exists to stay discovery pending a ruling on Defendant's Motion to Dismiss:

WHEREAS, Defendant filed a Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(6) on August 7, 2019, which would dispose of the entire action;

WHEREAS, the Parties have engaged in extensive meet and confer efforts and motion practice since Defendant removed the action to this Court;

WHEREAS, the Court's ruling on Defendant's Motion to Dismiss will impact the claims at issue in the litigation and will impact the scope of discovery and scheduling of discovery and motions;

WHEREAS, the Parties believe that a stay pending a ruling on Defendant's Motion to Dismiss will secure the just, speedy, and inexpensive determination of this action by allowing the Court to resolve fundamental legal questions before the Parties undertake the time and expense of engaging in discovery;

WHEREAS, the Parties stipulate and agree to resume the action within twenty-one (21) days of the issuance of the Court's Order ruling on the pending Motion to Dismiss.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

///
///
///
///
///
///
///
///
///
///

DATED: January 14, 2020

Respectfully submitted,

SEYFARTH SHAW LLP

By:   /s/ Christopher J. Truxler
      Kristina M. Launey
      Lindsay S. Fitch
      Christopher J. Truxler

      *Attorneys for Defendant*
      WINCO HOLDINGS INC.


DATED: January 14, 2020

Respectfully submitted,

ABRAMSON LABOR GROUP

By:   /s/ *Christina Begakis*
      Christina Begakis

      *Attorney for Plaintiff*
      SIBOU PHOMTHEVY

Plaintiff has agreed with the contents of this document and authorized the filer to use his electronic signature.

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED

that this action is STAYED pending a ruling on Defendant's Motion to Dismiss. The action will

automatically reopen twenty-one (21) days after the issuance of the Court's Order ruling on the pending

Motion to Dismiss.

DATED: January 14, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE