UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sibou Phomthevy, | No. 2:19-cv-00041-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| WinCo Holdings, Inc. d/b/a WincoFoods, | |
| Defendant. | |

Counsel for plaintiff Sibou Phomthevy seeks to withdraw. Mot., ECF No. 51. The motion is unopposed. Statement of Non-Opp'n, ECF No. 52. The court submitted the motion without oral argument. Min. Order, ECF No. 53. For the reasons below, the court **grants the motion to withdraw**.

Phomthevy brought allegations of 1) disability discrimination, 2) failure to accommodate, 3) failure to engage in the good faith interactive process, 4) retaliation in violation of the Fair Employment and Housing Act, 5) retaliation under the California Family Rights Act (CFRA), and 6) wrongful termination in violation of public policy. Second Am. Compl. (SAC), ECF No. 25. On October 13, 2020, the court dismissed his second amended complaint with leave to amend. Prev. Order (Oct. 13, 2020), ECF No. 41. Phomthevy has yet to file an amended complaint.

Despite diligent efforts, counsel has been unable to reach Phomthevy since September 2019. *See generally*, Begakis Decl., ECF No. 51-1; Mot. at 4. Plaintiff's counsel previously

1

moved to withdraw based on this breakdown in communication. Prev. Mot. (Nov. 25, 2020), ECF No. 45. The court found good cause existed for the withdrawal but nonetheless denied the motion due to a risk of prejudice given the then-pressing deadline to file a third amended complaint. Prev. Order (Dec. 10, 2020) at 2–3, ECF No. 48 ("courts consider whether there is good cause for withdrawal . . . possible prejudice to the client and other litigants, harm to the administration of justice, and possible delay." (citations omitted)). The court noted counsel could refile the motion after the pending deadline. *Id*. at 3. Now that the filing deadline has passed, counsel has renewed the motion. The court once again finds there is good cause for the withdrawal, and now concludes there is no danger of prejudice. Accordingly, the court **grants** the motion. Christina Begakis and Abramson Labor Group are relieved as counsel for plaintiff, who now proceeds pro se.

The court has granted several extensions to allow plaintiff to file his third amended complaint. No further action has been taken by plaintiff to complete litigation of this case.

IT IS THEREFORE ORDERED that plaintiff and defendant show cause within **fourteen days of the date of this order why this case should not be closed**.

This order resolves ECF No. 51.

IT IS SO ORDERED.

DATED: December 3, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE