UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sibou Phomthevy,<br><br>                 Plaintiff,<br><br>    v.<br><br>WinCo Holdings, Inc., d/b/a WincoFoods,<br><br>                 Defendant. | No. 2:19-cv-00041-KJM-CKD<br><br>ORDER |

In its last order, the court noted plaintiff had yet to file his third amended complaint despite the court granting him several deadline extensions. Prev. Order (Dec. 6, 2021) at 1, ECF No. 54. The court ordered the parties to show cause why the case should not be closed. Still, "[n]o further action has been taken by plaintiff to complete litigation of this case." And no party has responded to the order to show cause.

Accordingly, the court **dismisses this action for failure to prosecute**. The Clerk of Court is directed to **close the case**.

IT IS SO ORDERED.

DATED: May 19, 2022.

CHIEF UNITED STATES DISTRICT JUDGE